IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARKANSAS
EASTERN DIVISION

M. RANDY RICE, Trustee                                          PLAINTIFF

v.                          2:17-cv-130-DPM

JEFFREY B. CALLOWAY and
CALLOWAY PLANTING COMPANY                                       DEFENDANTS

## ORDER

The Court is working on a scheduling order. Please confer and answer these questions in a joint report filed by 23 August 2017:

1. How much time do you need for discovery?

2. Will expert witnesses be involved?

3. Will there be a run at summary judgment, or does everyone agree that this case needs a trial?

4. How many six-hour trial days are needed?

If we can move things on a fast track, a first-out setting is available on 6 November 2017. If more time is needed, the trial will be set for April or November 2018.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 August 2017