# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

M. RANDY RICE, Trustee                                    PLAINTIFF

v.                         No. 2:17-cv-130-DPM

JEFFREY B. CALLOWAY;  and
CALLOWAY PLANTING COMPANANY                DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall, Jr.
United States District Judge

25 February 2019